IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY ABOUDARA, JR.; et al., on behalf of themselves and all similarly situated individuals,<br><br>Plaintiffs,<br>v.<br><br>CITY OF SANTA ROSA,<br><br>Defendant. | Case No. 4:17-cv-01661-HSG<br><br>**ORDER GRANTING PLAINTIFFS' REQUEST TO EXTEND ADR DEADLINE** |

The Court has reviewed Plaintiffs' Request to Extend ADR Deadline (Dkt. No. 16) and, good cause appearing, IT IS HEREBY ORDERED as follows:

1. Plaintiffs' request for an additional 28 days to file either a Stipulation to ADR Process or Notice of Need for ADR Phone Conference in this case is GRANTED;

2. The parties shall file either a Stipulation to ADR Process or Notice of Need for ADR Phone Conference on or before July 6, 2017;

Dated: June 9, 2017

*/s/ Haywood S. Gilliam, Jr.*
HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT COURT JUDGE

[PROPOSED] ORDER GRANTING REQUEST　　　　*Aboudara, et. al. v. City of Santa Rosa*
TO EXTEND ADR DEADLINE　　　　　　　　　　Case No. 4:17-cv-01661-HSG

1