1  ARTHUR A. HARTINGER (SBN 121521)
   ahartinger@publiclawgroup.com
2  LINDA M. ROSS (SBN 133874)
   lross@publiclawgroup.com
3  KEVIN P. MCLAUGHLIN (SBN 251477)
   kmclaughlin@publiclawgroup.com
4  RENNE SLOAN HOLTZMAN SAKAI LLP
   1220 Seventh Street, Suite 300
5  Berkeley, California 94710
   Telephone: (510) 995-5800
6  Facsimile:  (415) 678-3838

7  Attorneys for Defendant
   CITY OF SANTA ROSA
8

9  DAVID E. MASTAGNI (SBN 204244)
   ISAAC S. STEVENS (SBN 251245)
10 ACE T. TATE, ESQ. (SBN 262015)
   MASTAGNI HOLSTEDT
11 A Professional Corporation
   1912 "I" Street
12 Sacramento, CA 95811
   Telephone: (916) 446-4692
13 Facsimile: (916) 447-4614

14 Attorneys for Plaintiffs
   TIMOTHY ABOUDARA, JR., et al.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY ABOUDARA, JR. et al.<br><br>　　　Plaintiffs,<br><br>v.<br><br>CITY OF SANTA ROSA,<br><br>　　　Defendant. | Case No. 17-CV-01661-HSG<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; ORDER**<br><br>Date: July 12, 2017<br>Time: 2:00 p.m.<br>Judge: Hon. Haywood S. Gilliam, Jr.<br>　　　Oakland Courthouse<br>　　　Courtroom 2 – 4th Floor<br>　　　1301 Clay Street<br>　　　Oakland, CA  94612 |

RENNE SLOAN HOLTZMAN SAKAI LLP
Attorneys at Law

**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**

The initial case management conference in this matter is presently set for July 12, 2017 at 2:00 p.m. (Dkt. 20). Lead counsel for Defendant City of Santa Rosa has previously-scheduled travel out of the country set for that same date. The parties stipulate and hereby respectfully request that the Court continue the initial case management conference to August 1, 2017 at 2:00 p.m.

IT IS SO STIPULATED.

Dated: June 21, 2017                                         RENNE SLOAN HOLTZMAN SAKAI LLP


By: /s/ Kevin P. McLaughlin
    KEVIN P. MCLAUGHLIN

Attorneys for Defendant
CITY OF SANTA ROSA

Dated: June 21, 2017                                         MASTAGNI HOLSTEDT, A.P.C.


By: /s/ Ace T. Tate
    ACE T. TATE

Attorneys for Plaintiffs
TIMOTHY ABOUDARA, JR. et al.

**ATTESTATION PURSUANT TO LOCAL RULE 5-1**

Pursuant to N.D. Cal. Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: June 21, 2017                                         By: /s/ Kevin P. McLaughlin
                                                                 KEVIN P. MCLAUGHLIN

# ORDER

The Court, having considered the Stipulation of the parties, and good cause appearing therefore, hereby orders that the July 12, 2017 Case Management Conference is continued to August 1, 2017. Time and location will remain the same. A Joint Case Management Statement shall be served and filed by the parties by no later than July 25, 2017.

IT IS SO ORDERED.

Dated: June 22, 2017

*Haywood S. Gilliam Jr.*
Hon. Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT JUDGE