ARTHUR A. HARTINGER (SBN 121521)
ahartinger@publiclawgroup.com
LINDA M. ROSS (SBN 133874)
lross@publiclawgroup.com
KEVIN P. MCLAUGHLIN (SBN 251477)
kmclaughlin@publiclawgroup.com
RENNE SLOAN HOLTZMAN SAKAI LLP
1220 Seventh Street, Suite 300
Berkeley, California 94710
Telephone: (510) 995-5800
Facsimile: (415) 678-3838

Attorneys for Defendant
CITY OF SANTA ROSA


DAVID E. MASTAGNI (SBN 204244)
ISAAC S. STEVENS (SBN 251245)
ACE T. TATE, ESQ. (SBN 262015)
MASTAGNI HOLSTEDT
A Professional Corporation
1912 "I" Street
Sacramento, CA 95811
Telephone: (916) 446-4692
Facsimile: (916) 447-4614

Attorneys for Plaintiffs
TIMOTHY ABOUDARA, JR., et al.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY ABOUDARA, JR. et al.<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF SANTA ROSA,<br><br>    Defendant. | Case No. 17-CV-01661-HSG<br><br>**STIPULATION TO EXTEND BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR CONDITIONAL CERTIFICATION; ORDER**<br><br>**[Civil Local Rule 6-2]**<br><br>Date: August 31, 2017<br>Time: 2:00 p.m.<br>Judge: Hon. Haywood S. Gilliam, Jr.<br>       Oakland Courthouse<br>       Courtroom 2 – 4th Floor<br>       1301 Clay Street<br>       Oakland, CA 94612 |

# STIPULATION TO EXTEND BRIEFING SCHEDULE

Plaintiffs Timothy Aboudara, Jr., et al. filed their Motion for Conditional Certification and Facilitated Notice on June 30, 2017. (Dkt. 24.) Pursuant to Civil Local Rule 7-3(a), Defendant City of Santa Rosa's opposition is due on July 14, 2017. Defendant's lead counsel is out of the country on a previously-scheduled vacation and will not return to the office until July 17, 2017. The time for Defendant to respond to the motion has been further impacted by the Fourth of July holiday.

The parties stipulate and hereby respectfully request that the Court continue the deadline for the filing of Defendant's opposition to July 28, 2017, and continue the deadline for the filing of Plaintiffs' reply to August 4, 2017. The parties do not seek a continuance of the hearing date, and request that the motion be heard on August 31, 2017.

The parties further stipulate and hereby respectfully request that should the Court continue the hearing, the statute of limitations for all putative plaintiffs subject to the motion for conditional certification and facilitated notice be tolled from August 31, 2017, until the date this Court issues an Order granting or denying Plaintiff's motion.

IT IS SO STIPULATED.

Dated: July 10, 2017                   RENNE SLOAN HOLTZMAN SAKAI LLP

By: /s/ Kevin P. McLaughlin
       KEVIN P. MCLAUGHLIN

Attorneys for Defendant
CITY OF SANTA ROSA

Dated: July 10, 2017                   MASTAGNI HOLSTEDT, A.P.C.

By: /s/ David E. Mastagni
       DAVID E. MASTAGNI

Attorneys for Plaintiffs
TIMOTHY ABOUDARA, JR. et al.

**ATTESTATION PURSUANT TO LOCAL RULE 5-1**

Pursuant to N.D. Cal. Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: July 10, 2017　　　　　　　　　　　　　By: /s/ Kevin P. McLaughlin
　　　　　　　　　　　　　　　　　　　　　　　　　　KEVIN P. MCLAUGHLIN

**ORDER**

The Court, having considered the Stipulation of the parties, and good cause appearing therefore, hereby orders that the deadline for the filing of Defendant's opposition to Plaintiffs' Motion for Conditional Certification and Facilitated Notice is continued to July 28, 2017, and the deadline for the filing of Plaintiffs' reply is continued to August 4, 2017. The hearing date of August 31, 2017 remains unchanged.

IT IS SO ORDERED.

Dated: July 10, 2017　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Hon. Haywood S. Gilliam, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE