1  DAVID E. MASTAGNI, ESQ. (SBN 204244)
   ISAAC S. STEVENS, ESQ. (SBN 251245)
2  ACE T. TATE, ESQ. (SBN 262015)
   **MASTAGNI HOLSTEDT**
3  A Professional Corporation
   1912 "I" Street
4  Sacramento, California 95811
   Telephone: (916) 446-4692
5  Facsimile: (916) 447-4614
   davidm@mastagni.com
6  istevens@mastagni.com
   atate@mastagni.com
7  Attorneys for Plaintiffs

8              IN THE UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10
   TIMOTHY ABOUDARA, JR. et al.          )  Case No. 17-CV-01661-HSG
11                                        )
            Plaintiffs,                   )  **ORDER GRANTING PLAINTIFFS'**
12                                        )  **REQUEST TO APPEAR**
   v.                                     )  **TELEPHONICALLY AT CASE**
13                                        )  **MANAGEMENT CONFERENCE**
   CITY OF SANTA ROSA,                    )
14                                        )  Date:  August 1, 2017
            Defendant.                    )  Time:  2:00 p.m.
15                                        )  Judge: Hon. Haywood S. Gilliam, Jr.
                                          )         Oakland Courthouse
16                                        )         Courtroom 2 – 4th Floor
                                          )         1301 Clay Street
17  _____      )         Oakland, CA  94612

18

19        The Court has reviewed Plaintiffs' request for their counsel to appear by telephone on

20  August 1, 2017, at 2:00 p.m. for Initial Case Management Conference, and has found the request

21  supported by good cause.  Plaintiffs' request to appear by telephone is GRANTED.  Plaintiffs'

22  counsel is directed to contact CourtCall Remote Court Appearances at (866) 582-6878, in

23  advance of the hearing to finalize their appearance.  Counsel shall adhere to CourtCall's

24  procedures.

25  IT IS SO ORDERED:

26  Dated: July 31, 2017

                                          HONORABLE HAYWOOD S. GILLIAM, JR.
27                                        UNITED STATES DISTRICT JUDGE

28

---

ORDER TO APPEAR                                        *Aboudara, et. al. v. City of Santa Rosa*
TELEPHONICALLY AT CMC                  1               Case No. 17-CV-01661-HSG