1   ARTHUR A. HARTINGER (SBN 121521)
ahartinger@publiclawgroup.com
2   LINDA M. ROSS (SBN 133874)
lross@publiclawgroup.com
3   KEVIN P. MCLAUGHLIN (SBN 251477)
kmclaughlin@publiclawgroup.com
4   RENNE SLOAN HOLTZMAN SAKAI LLP
1220 Seventh Street, Suite 300
5   Berkeley, California 94710
Telephone: (510) 995-5800
6   Facsimile: (415) 678-3838

Attorneys for Defendant
CITY OF SANTA ROSA

DAVID E. MASTAGNI (SBN 204244)
ISAAC S. STEVENS (SBN 251245)
ACE T. TATE, ESQ. (SBN 262015)
MASTAGNI HOLSTEDT
A Professional Corporation
1912 "I" Street
Sacramento, CA 95811
Telephone: (916) 446-4692
Facsimile: (916) 447-4614

Attorneys for Plaintiffs
TIMOTHY ABOUDARA, JR., et al.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY ABOUDARA, JR. et al.<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF SANTA ROSA,<br><br>    Defendant. | Case No. 17-CV-01661-HSG<br><br>**STIPULATION AND SCHEDULING ORDER** |

STIPULATION AND SCHEDULING ORDER - Case No. 17-CV-01661-HSG

Pursuant to the Court's guidance at the initial case management conference in this action, Plaintiffs Timothy Aboudara, Jr., et al. and Defendant City of Santa Rosa, through their respective undersigned counsel, hereby stipulate to the following schedule, to be entered as a scheduling order by the Court.

| | |
|---|---|
| Initial Rule 26(a) disclosures: | August 28, 2017 |
| Last day to amend pleadings: | August 28, 2017 |
| Close of fact discovery: | January 12, 2018 |
| Initial expert disclosures: | January 22, 2018 |
| Rebuttal expert disclosures: | February 19, 2018 |
| Close of expert discovery: | March 19, 2018 |
| Decertification and dispositive motion filing deadline: | May 3, 2018 |
| Pretrial conference: | August 28, 2018 |
| Trial date: | September 10, 2018 at 8:30 a.m. |

IT IS SO STIPULATED.

Dated: August 7, 2017                     RENNE SLOAN HOLTZMAN SAKAI LLP


By: /s/ Kevin P. McLaughlin
       KEVIN P. MCLAUGHLIN

Attorneys for Defendant
CITY OF SANTA ROSA


Dated: August 7, 2017                     MASTAGNI HOLSTEDT, A.P.C.


By: /s/ Ace T. Tate
       ACE T. TATE

Attorneys for Plaintiffs
TIMOTHY ABOUDARA, JR. et al.

## ATTESTATION PURSUANT TO LOCAL RULE 5-1

Pursuant to N.D. Cal. Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: August 7, 2017 By: /s/ Kevin P. McLaughlin
KEVIN P. MCLAUGHLIN

## ORDER

The Court, having considered the Stipulation of the parties, and good cause appearing therefor, hereby issues the following Scheduling Order:

| | |
|---|---|
| Initial Rule 26(a) disclosures: | August 28, 2017 |
| Last day to amend pleadings: | August 28, 2017 |
| Close of fact discovery: | January 12, 2018 |
| Initial expert disclosures: | January 22, 2018 |
| Rebuttal expert disclosures: | February 19, 2018 |
| Close of expert discovery: | March 19, 2018 |
| Decertification and dispositive motion filing deadline: | May 3, 2018 |
| Pretrial conference: | August 28, 2018 |
| Trial date: | September 10, 2018 at 8:30 a.m. |

IT IS SO ORDERED.

Dated: August 8, 2017

Hon. Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT JUDGE