DAVID E. MASTAGNI, ESQ. (SBN 204244)
ISAAC S. STEVENS, ESQ. (SBN 251245)
ACE T. TATE, ESQ. (SBN 262015)
**MASTAGNI HOLSTEDT**
A Professional Corporation
1912 "I" Street
Sacramento, California 95811
Telephone: (916) 446-4692
Facsimile: (916) 447-4614
davidm@mastagni.com
istevens@mastagni.com
atate@mastagni.com
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY ABOUDARA, JR. et al. | Case No. 17-CV-01661-HSG |
| Plaintiffs, | [PROPOSED] ORDER GRANTING PLAINTIFFS' REQUEST TO APPEAR TELEPHONICALLY AT MOTION HEARING |
| v. | |
| CITY OF SANTA ROSA, | Date: August 31, 2017 |
| Defendant. | Time: 2:00 p.m. |
| | Judge: Hon. Haywood S. Gilliam, Jr. |
| | Oakland Courthouse |
| | Courtroom 2 – 4th Floor |
| | 1301 Clay Street |
| | Oakland, CA 94612 |

The Court has reviewed Plaintiffs' request for their counsel to appear by telephone on August 31, 2017, at 2:00 p.m. for hearing on Plaintiffs' Motion for Conditional Certification and Facilitated Notice Pursuant to U.S.C. § 216(b), and has found the request supported by good cause. Plaintiffs' request to appear by telephone is GRANTED. Plaintiffs' counsel is directed to contact CourtCall Remote Court Appearances at (866) 582-6878, in advance of the hearing to finalize their appearance. Counsel shall adhere to CourtCall's procedures.

IT IS SO ORDERED:

Dated: August 28, 2017

_Haywood S. Gilliam Jr._
HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE