ARTHUR A. HARTINGER (SBN 121521)
ahartinger@publiclawgroup.com
LINDA M. ROSS (SBN 133874)
lross@publiclawgroup.com
KEVIN P. MCLAUGHLIN (SBN 251477)
kmclaughlin@publiclawgroup.com
RENNE SLOAN HOLTZMAN SAKAI LLP
1220 Seventh Street, Suite 300
Berkeley, California 94710
Telephone: (510) 995-5800
Facsimile: (415) 678-3838

Attorneys for Defendant
CITY OF SANTA ROSA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY ABOUDARA, JR. et al.<br><br>　　Plaintiffs,<br><br>v.<br><br>CITY OF SANTA ROSA,<br><br>　　Defendant. | Case No. 17-CV-01661-HSG<br><br>**DECLARATION OF JONATHAN V. HOLTZMAN IN SUPPORT OF OPPOSITION TO PLAINTIFFS' MOTION FOR CONDITIONAL CERTIFICATION AND FACILITATED NOTICE PURSUANT TO 29 U.S.C. § 216(b)**<br><br>Date:　August 31, 2017<br>Time:　2:00 p.m.<br>Judge: Hon. Haywood S. Gilliam, Jr.<br>　　　　Oakland Courthouse<br>　　　　Courtroom 2 – 4th Floor<br>　　　　1301 Clay Street<br>　　　　Oakland, CA  94612 |

I, JONATHAN V. HOLTZMAN, declare as follows:

1. I am a partner at Renne Sloan Holtzman Sakai LLP, counsel for Defendant City of Santa Rosa (the "City") in this action. The following facts are within my personal knowledge and, if called upon to testify, I could and would testify competently with respect thereto.

2. I was personally involved as Chief Negotiator in collective bargaining negotiations between the City and the Santa Rosa Police Officers Association ("POA") over a successor agreement to the Memorandum of Understanding in effect for Fiscal Years 2014-2017. These negotiations began in late 2016.

3. The City contends that the position taken by the Firefighters in this litigation – that "holiday-in-lieu" pay must be included in the regular rate of pay calculation – is completely meritless. The issue was the subject of discussion during collective bargaining. In order to facilitate a fair resolution of the issue with the POA and its members, the City has entered into a tolling agreement to ensure that all rights are preserved while the City and POA consider the matter. A true and correct copy of the fully executed tolling agreement is attached hereto as Exhibit A.

I declare under penalty of perjury under laws of the United States of America that the foregoing is true and correct.

Executed on this 31st day of August 2017, at San Francisco, California.

_____
JONATHAN V. HOLTZMAN

-1-
DECLARATION OF JONATHAN V. HOLTZMAN IN SUPPORT OF OPPOSITION TO PLAINTIFFS' MOTION FOR CONDITIONAL CERTIFICATION AND FACILITATED NOTICE PURSUANT TO 29 U.S.C. § 216(B) - Case No. 17-CV-01661-HSG

# EXHIBIT A

# TOLLING AGREEMENT

Re: Santa Rosa Police Officers Association FLSA claims on behalf of its bargaining unit members

THIS AGREEMENT is by and between the Police Officers Association, (herein "POA") and the City of Santa Rosa (herein "City").

> WHEREAS, a question has arisen regarding the City's compliance with the Fair Labor Standards Act ("FLSA") relating to the holiday in lieu provision of the Memorandum of Understanding ("MOU") between the City and the POA;
>
> WHEREAS, POA members are potential claimants who, at relevant times, were employed in the bargaining unit;
>
> WHEREAS, the parties to this Tolling Agreement seek to avoid the unnecessary expense of litigation, and desire to resolve these matters informally; and
>
> WHEREAS, the City recognizes that the POA does not waive any rights of individual bargaining unit members arising under the FLSA.

NOW THEREFORE, the parties agree as follows:

1. Any claims of the POA, POA members, former members or employees in the bargaining unit arising under the FLSA or provisions of the MOU pertaining to the calculation of the regular rate of pay in relation to "holiday in lieu" pay will be tolled upon the execution of this Agreement by both parties.

2. Any defenses based on the statute of limitations or any other defense based on the passage of time, and any time limits for the filing of a complaint applicable to any and all claims that may be raised by employees against them individually or collectively arising out of the FLSA or provisions of the MOU pertaining to the calculation of the regular rate of pay in relation to "holiday in lieu" pay are tolled and will not begin until the termination of this Agreement.

3. This Agreement may be terminated by either party upon written notice to the other party sixty (60) days prior to such termination. If not terminated pursuant to such notice, this Agreement shall terminate on December 30, 2018, unless otherwise mutually agreed in writing.

4. The parties hereto agree that by entering into this Agreement, neither party has waived any rights, claims, or defenses, except as expressly stated in this Agreement. By entering into this Agreement, the City shall not be deemed to have admitted that there is any cause of action on behalf of the Association or its members against the City.

5. This Agreement shall inure to the benefit of and be binding upon the legal representatives, successors, and assigns of the parties hereto.

6. As to any cause of action governed by federal laws, this Agreement shall be construed, governed, and enforced in accordance with the applicable laws of the United States of America. As to any cause of action that exists under state law, this Agreement shall be construed, governed, and enforced in accordance with the laws of the State of California.

7. By signing this Agreement, each party warrants and acknowledges that the party has read this Agreement, understands it, and has the legal authority to sign for the party represented by his or her signature.

8. This Agreement includes the entire agreement between the parties.

9. This Agreement may be executed in counterparts, each of which shall be deemed an original, but all of which shall constitute one and the same instrument. In the event any signature is delivered by facsimile transmission or by email delivery of a Printable Document Format (".pdf") file, such signature shall create a valid and binding obligation of the party executed (or on whose behalf such signature is executed) with the same force and effect as if such facsimile or ".pdf" signature page was an original thereof.

## SIGNATORIES

For the City of Santa Rosa:

By: _____
Sean McGlynn, City Manager
Dated: 8/31/2017

For the Santa Rosa Police Officers Association:

By: _____
Timothy Hughes, President
Dated: 8-16-17

APPROVED AS TO FORM:

By: _____
City Attorney
Dated: 6/19/17