DAVID E. MASTAGNI, ESQ. (SBN 204244)
ISAAC S. STEVENS, ESQ. (SBN 251245)
ACE T. TATE, ESQ. (SBN 262015)
**MASTAGNI HOLSTEDT**
*A Professional Corporation*
1912 "I" Street
Sacramento, California 95811
Telephone: (916) 446-4692
Facsimile: (916) 447-4614

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY ABOUDARA, JR., et al., on behalf of themselves and all similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SANTA ROSA,<br><br>Defendant. | Case No. 4:17-cv-01661-HSG<br><br>**PLAINTIFFS' OBJECTION AND REQUEST TO STRIKE DECLARATION OF JOHN V. HOLTZMAN AND ITS EXHIBIT FILED IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION FOR CONDITIONAL CERTIFICATION PURSUANT TO LOCAL RULE 7-3(d)** |

The declaration of John V. Holtzman and its exhibit (Dkt. 44) should not be considered by the court because it was filed in violation of local rules. Local Rule 7-3(d) requires that once a reply brief has been filed in support of a pending motion, "no additional memoranda, papers or letters may be filed without prior Court approval..." Plaintiffs filed their reply brief on August 4, 2017 concluding the briefing on Plaintiffs' motion for conditional certification and facilitated notice. Defendant did not seek prior approval of the Court before filing this declaration and exhibit. Therefore it should be disregarded by the Court. Plaintiffs request that the Court strike this improperly filed document.

Respectfully submitted,

Dated: August 31, 2017                **MASTAGNI HOLSTEDT, APC**

By: */s/ David E. Mastagni*
DAVID E. MASTAGNI, ESQ.
ISAAC S. STEVENS, ESQ.
ACE T. TATE, ESQ.
Attorneys for Plaintiffs