ARTHUR A. HARTINGER (SBN 121521)
ahartinger@publiclawgroup.com
LINDA M. ROSS (SBN 133874)
lross@publiclawgroup.com
KEVIN P. MCLAUGHLIN (SBN 251477)
kmclaughlin@publiclawgroup.com
RENNE SLOAN HOLTZMAN SAKAI LLP
1220 Seventh Street, Suite 300
Berkeley, California 94710
Telephone: (510) 995-5800
Facsimile:  (415) 678-3838

Attorneys for Defendant
CITY OF SANTA ROSA


DAVID E. MASTAGNI (SBN 204244)
ISAAC S. STEVENS (SBN 251245)
ACE T. TATE, ESQ. (SBN 262015)
MASTAGNI HOLSTEDT
A Professional Corporation
1912 "I" Street
Sacramento, CA 95811
Telephone: (916) 446-4692
Facsimile: (916) 447-4614

Attorneys for Plaintiffs
TIMOTHY ABOUDARA, JR., et al.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY ABOUDARA, JR. et al.<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF SANTA ROSA,<br><br>    Defendant. | Case No. 17-CV-01661-HSG<br><br>**STIPULATION TO CONTINUE EXPERT DISCOVERY; [PROPOSED] ORDER**<br><br>**[Civil Local Rule 6-2]**<br><br>Judge: Hon. Haywood S. Gilliam, Jr.<br>        Oakland Courthouse<br>        Courtroom 2 – 4th Floor<br>        1301 Clay Street<br>        Oakland, CA  94612 |

**STIPULATION TO CONTINUE EXPERT DISCOVERY**

Initial expert disclosures are due in this case on January 22, 2018, while the deadline for filing of dispositive motions is May 3, 2018. (Dkt. 41.) The parties have conferred and agree that it will be more efficient and a better use of the parties' resources to have dispositive motions heard prior to any expert witness disclosure. Accordingly, the parties hereby stipulate and jointly request that the Court modify the deadlines for expert discovery as follows:

| | |
|---|---|
| Initial expert disclosures: | June 25, 2018 |
| Rebuttal expert disclosures: | July 16, 2018 |
| Close of expert discovery: | August 6, 2018 |

The parties do not seek to modify any other deadlines in the scheduling order at this time.

IT IS SO STIPULATED.

Dated: January 3, 2018                     RENNE SLOAN HOLTZMAN SAKAI LLP

                                           By: /s/ Kevin P. McLaughlin
                                               KEVIN P. MCLAUGHLIN

                                           Attorneys for Defendant
                                           CITY OF SANTA ROSA

Dated: January 3, 2018                     MASTAGNI HOLSTEDT, A.P.C.

                                           By: /s/ David E. Mastagni
                                               DAVID E. MASTAGNI

                                           Attorneys for Plaintiffs
                                           TIMOTHY ABOUDARA, JR. et al.

**ATTESTATION PURSUANT TO LOCAL RULE 5-1**

Pursuant to N.D. Cal. Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: January 3, 2018                     By: /s/ Kevin P. McLaughlin
                                               KEVIN P. MCLAUGHLIN

**[PROPOSED] ORDER**

The Court, having considered the Stipulation of the parties, and good cause appearing therefor, hereby modifies the scheduling order (Dkt. 41) as follows:

| | |
|---|---|
| Initial expert disclosures: | June 25, 2018 |
| Rebuttal expert disclosures: | July 16, 2018 |
| Close of expert discovery: | August 6, 2018 |

All other dates remain set as set forth in the Court's scheduling order.

IT IS SO ORDERED.

Dated: _____

Hon. Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT JUDGE