1  ARTHUR A. HARTINGER (SBN 121521)
   ahartinger@publiclawgroup.com
2  LINDA M. ROSS (SBN 133874)
   lross@publiclawgroup.com
3  KEVIN P. MCLAUGHLIN (SBN 251477)
   kmclaughlin@publiclawgroup.com
4  RENNE SLOAN HOLTZMAN SAKAI LLP
   1220 Seventh Street, Suite 300
5  Berkeley, California 94710
   Telephone: (510) 995-5800
6  Facsimile:  (415) 678-3838

7  Attorneys for Defendant
   CITY OF SANTA ROSA
8

9  DAVID E. MASTAGNI (SBN 204244)
   ISAAC S. STEVENS (SBN 251245)
10 ACE T. TATE, ESQ. (SBN 262015)
   MASTAGNI HOLSTEDT
11 A Professional Corporation
   1912 "I" Street
12 Sacramento, CA 95811
   Telephone: (916) 446-4692
13 Facsimile: (916) 447-4614

14 Attorneys for Plaintiffs
   TIMOTHY ABOUDARA, JR., et al.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY ABOUDARA, JR. et al.<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF SANTA ROSA,<br><br>    Defendant. | Case No. 17-CV-01661-HSG<br><br>**STIPULATION TO CONTINUE EXPERT DISCOVERY; ORDER**<br><br>**[Civil Local Rule 6-2]**<br><br>Judge: Hon. Haywood S. Gilliam, Jr.<br>　　　　Oakland Courthouse<br>　　　　Courtroom 2 – 4th Floor<br>　　　　1301 Clay Street<br>　　　　Oakland, CA  94612 |

STIPULATION TO CONTINUE EXPERT DISCOVERY; ORDER - Case No. 17-CV-01661-HSG

# STIPULATION TO CONTINUE EXPERT DISCOVERY

Initial expert disclosures are due in this case on January 22, 2018, while the deadline for filing of dispositive motions is May 3, 2018. (Dkt. 41.) The parties have conferred and agree that it will be more efficient and a better use of the parties' resources to have dispositive motions heard prior to any expert witness disclosure. Accordingly, the parties hereby stipulate and jointly request that the Court modify the deadlines for expert discovery as follows:

| | |
|---|---|
| Initial expert disclosures: | June 25, 2018 |
| Rebuttal expert disclosures: | July 16, 2018 |
| Close of expert discovery: | August 6, 2018 |

The parties do not seek to modify any other deadlines in the scheduling order at this time.

IT IS SO STIPULATED.

Dated: January 3, 2018                    RENNE SLOAN HOLTZMAN SAKAI LLP


By: /s/ Kevin P. McLaughlin
    KEVIN P. MCLAUGHLIN

Attorneys for Defendant
CITY OF SANTA ROSA

Dated: January 3, 2018                    MASTAGNI HOLSTEDT, A.P.C.


By: /s/ David E. Mastagni
    DAVID E. MASTAGNI

Attorneys for Plaintiffs
TIMOTHY ABOUDARA, JR. et al.

## ATTESTATION PURSUANT TO LOCAL RULE 5-1

Pursuant to N.D. Cal. Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: January 3, 2018                    By: /s/ Kevin P. McLaughlin
    KEVIN P. MCLAUGHLIN

**ORDER**

The Court, having considered the Stipulation of the parties, and good cause appearing therefor, hereby modifies the scheduling order (Dkt. 41) as follows:

| | |
|---|---|
| Initial expert disclosures: | June 25, 2018 |
| Rebuttal expert disclosures: | July 16, 2018 |
| Close of expert discovery: | August 6, 2018 |

All other dates remain set as set forth in the Court's scheduling order.

IT IS SO ORDERED.

Dated: January 3, 2018

Hon. Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT JUDGE