ARTHUR A. HARTINGER (SBN 121521)
ahartinger@publiclawgroup.com
LINDA M. ROSS (SBN 133874)
lross@publiclawgroup.com
SPENCER J. WILSON (SBN 266938)
swilson@publiclawgroup.com
ALEXANDER VOLBERDING (SBN 313781)
avolberding@publiclawgroup.com
**RENNE PUBLIC LAW GROUP®**
350 Sansome Street, Suite 300
San Francisco, California 94104
Telephone: (415) 848-7200
Facsimile: (415) 848-7230

Attorneys for Defendant
CITY OF SANTA ROSA

DAVID E. MASTAGNI (SBN 204244)
ISAAC S. STEVENS (SBN 251245)
ACE T. TATE, ESQ. (SBN 262015)
IAN B. SANGSTER, ESQ. (SBN 287963)
**MASTAGNI HOLSTEDT**
A Professional Corporation
1912 "I" Street
Sacramento, CA 95811
Telephone: (916) 446-4692
Facsimile: (916) 447-4614

Attorneys for Plaintiffs
TIMOTHY ABOUDARA, JR., et al.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY ABOUDARA, JR. et al.<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SANTA ROSA,<br><br>Defendant. | Case No. 17-CV-01661-HSG<br><br>**STIPULATION AND ORDER FOR TWO WEEK EXTENSION TO FILE OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** |

COMES NOW the parties in this matter, by and through counsel of record, and stipulate as follows:

1. The deadline for Defendant, CITY OF SANTA ROSA, to file an opposition to Plaintiffs' motion

-1-
STIPULATION - Case No. 17-CV-01661-HSG

for summary judgment (Dkt. No. 67) is continued from April 27, 2018 to May 11, 2018 per the Court's order (Dkt. No. 73);

2. The deadline for Plaintiffs to file a reply to Defendant's opposition shall be continued from May 4, 2018 to May 18, 2018

**IT IS SO STIPULATED**.

Dated: April 25, 2018                  **RENNE PUBLIC LAW GROUP®**

By: */s/ Spencer J. Wilson*
    ARTHUR A. HARTINGER
    SPENCER J. WILSON

Attorneys for Defendant
CITY OF SANTA ROSA

Dated: April 25, 2018                  **MASTAGNI HOLSTEDT, A.P.C.**

By: */s/ David E. Mastagni*
    DAVID E. MASTAGNI
    IAN B. SANGSTER

Attorneys for Plaintiffs
TIMOTHY ABOUDARA, JR. et al.

**IT IS SO ORDERED.**

Dated: <u>April 26, 2018</u>

HON. HAYWOOD S. GILLIAM, JR.
United States District Judge