IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY ABOUDARA, JR. et al.<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF SANTA ROSA,<br><br>    Defendant. | Case No. 17-CV-01661-HSG<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' REQUEST TO APPEAR TELEPHONICALLY AT MOTION HEARING**<br><br>Date: October 30, 2018<br>Time: 2:00 p.m.<br>Judge: Hon. Haywood S. Gilliam, Jr.<br>    Oakland Courthouse<br>    Courtroom 2 – 4th Floor<br>    1301 Clay Street<br>    Oakland, CA 94612 |

    The Court has reviewed Plaintiffs' request for their counsel to appear by telephone on October 30, 2018, at 2:00 p.m. for Further Case Management Conference, and has found the request supported by good cause. Plaintiffs' request to appear by telephone is GRANTED. Plaintiffs' counsel is directed to contact CourtCall Remote Court Appearances at (866) 582-6878, in advance of the hearing to finalize their appearance. Counsel shall adhere to CourtCall's procedures.

IT IS SO ORDERED:

Dated: October 24, 2018

                                             */s/ Haywood S. Gilliam, Jr.*
                                         HONORABLE HAYWOOD S. GILLIAM, JR.
                                         UNITED STATES DISTRICT JUDGE