DAVID E. MASTAGNI (SBN 204244)
davidm@mastagni.com
ISAAC S. STEVENS (SBN 251245)
istevens@mastagni.com
IAN B. SANGSTER, ESQ. (SBN 287963)
isangster@mastagni.com
**MASTAGNI HOLSTEDT, A.P.C.**
A Professional Corporation
1912 "I" Street
Sacramento, CA 95811
Telephone: (916) 446-4692
Facsimile: (916) 447-4614

Attorneys for Plaintiffs
TIMOTHY ABOUDARA, JR., et al.

ARTHUR A. HARTINGER (SBN 121521)
ahartinger@publiclawgroup.com
LINDA M. ROSS (SBN 133874)
lross@publiclawgroup.com
SPENCER J. WILSON (SBN 266938)
swilson@publiclawgroup.com
RYAN McGINLEY-STEMPEL (SBN 296182)
rmcginleystempel@publiclawgroup.com
**RENNE PUBLIC LAW GROUP®**
350 Sansome Street, Suite 300
San Francisco, California 94104
Telephone: (415) 848-7200
Facsimile: (415) 848-7230

Attorneys for Defendant
CITY OF SANTA ROSA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY ABOUDARA, JR. et al. | Case No. 17-CV-01661-HSG |
| Plaintiffs, | **JOINT SUBMISSION REGARDING DEPARTMENT OF LABOR'S NOTICE OF PROPOSED RULEMAKING [DKT. NOS. 97 and 108]** |
| v. | |
| CITY OF SANTA ROSA, | |
| Defendant. | |

1    On July 19, 2018, this Court granted Defendant City of Santa Rosa's ("Defendant") motion to stay and ordered that the above-referenced case be stayed and all pending dates vacated. (Dkt. No. 97.) The Court further ordered the Parties to file a joint submission within 48 hours of the issuance of the notice of proposed rulemaking from the Department of Labor ("DOL") or, if no rule issued, on October 1, 2018 alerting the Court of that fact. (*Id.*) Pursuant to the Court's order, the Parties filed a Joint Submission on October 1, 2018 advising that the DOL had not issued any proposed rule concerning section 7(e)(2). (Dkt. No. 101.) In response to the Parties' Joint Submission, the Court set a Case Management Conference ("CMC") for October 30, 2018. (Dkt. No. 102.) At the CMC, Plaintiff alerted the Court that DOL announced in its Fall 2018 regulatory agenda that it would "propose to amend 29 C.F.R. parts 548 and 778, to clarify, update, and define basic rate and regular rate requirements under sections 7(e) and 7(g)(3) of the Fair Labor Standards Act," with an estimated Notice of Proposed Rulemaking date of December 2018. (*See* Dkt. 106.) The Court ordered the action stayed for an "additional 60 days… based on the ongoing [DOL] rulemaking process." (Dkt. No. 108.)

To date, the DOL has not issued any notice of proposed rulemaking concerning section 7(e)(2). Accordingly, the Parties hereby submit this joint submission alerting the Court of this fact. The Parties request that this Court set another CMC to determine a plan for resolving this action. At the CMC, Defendant intends to propose implementing another stay for an additional two months or until the DOL issues its proposed rules, whichever is sooner. Plaintiffs disagree and will request the Court rule on the cross-motions for summary judgment as soon as possible.

Dated: January 8, 2019

**RENNE PUBLIC LAW GROUP®**

By: */s/ Arthur A. Hartinger*
 ARTHUR A. HARTINGER
 SPENCER J. WILSON

Attorneys for Defendant
CITY OF SANTA ROSA

|   |   |
|---|---|
| 1   Dated: January 8, 2019 | **MASTAGNI HOLSTEDT, A.P.C.** |

Dated: January 8, 2019　　　　　　　　　　**MASTAGNI HOLSTEDT, A.P.C.**

By: */s/David E. Mastagni*
　　DAVID E. MASTAGNI
　　IAN B. SANGSTER

Attorneys for Plaintiffs
TIMOTHY ABOUDARA, JR. et al.