DAVID E. MASTAGNI (SBN 204244)
davidm@mastagni.com
ISAAC S. STEVENS (SBN 251245)
istevens@mastagni.com
IAN B. SANGSTER, ESQ. (SBN 287963)
isangster@mastagni.com
**MASTAGNI HOLSTEDT, A.P.C.**
A Professional Corporation
1912 "I" Street
Sacramento, CA 95811
Telephone: (916) 446-4692
Facsimile: (916) 447-4614

Attorneys for Plaintiffs
TIMOTHY ABOUDARA, JR., et al.

ARTHUR A. HARTINGER (SBN 121521)
ahartinger@publiclawgroup.com
LINDA M. ROSS (SBN 133874)
lross@publiclawgroup.com
SPENCER J. WILSON (SBN 266938)
swilson@publiclawgroup.com
RYAN McGINLEY-STEMPEL (SBN 296182)
rmcginleystempel@publiclawgroup.com
**RENNE PUBLIC LAW GROUP®**
350 Sansome Street, Suite 300
San Francisco, California 94104
Telephone: (415) 848-7200
Facsimile: (415) 848-7230

Attorneys for Defendant
CITY OF SANTA ROSA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY ABOUDARA, JR. et al.<br><br>    Plaintiffs,<br><br>    v.<br><br>CITY OF SANTA ROSA,<br><br>    Defendant. | Case No. 17-CV-01661-HSG<br><br>**JOINT NOTICE OF CONDITIONAL SETTLEMENT** |

Plaintiffs, TIMOTHY ABOUDARA, JR., et al., and Defendant, CITY OF SANTA ROSA, by and through counsel of record, hereby notify this Court that the parties have reached a tentative, conditional settlement of this matter.  The Parties respectfully request the Court vacate all dates and deadlines, including the March 12, 2019 Further Case Management Conference, for at least 60 days to allow the Parties to memorialize their tentative settlement into a written settlement agreement, obtain final approval from each of the approximately 118 individual Plaintiffs, as well as Defendant's City Council, and present this Court with a Joint Motion for Approval of Settlement and Dismissal of this action, with prejudice.

Respectfully Submitted:

Dated:  March 5, 2019                          **RENNE PUBLIC LAW GROUP®**


By:  */s/ Spencer Wilson*
    ARTHUR A. HARTINGER
    SPENCER J. WILSON

Attorneys for Defendant
CITY OF SANTA ROSA


Dated:  March 5, 2019                          **MASTAGNI HOLSTEDT, A.P.C.**


By: */s/ Ian B. Sangster*
    DAVID E. MASTAGNI
    IAN B. SANGSTER

Attorneys for Plaintiffs
TIMOTHY ABOUDARA, JR. et al.


**ATTESTATION PURSUANT TO LOCAL RULE 5-1**

Pursuant to N.D. Cal. Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: March 5, 2019                          By: */s/ Ian B. Sangster*
    IAN B. SANGSTER