IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY ABOUDARA, JR., et. al., <br><br> Plaintiffs, <br> v. <br><br> CITY OF SANTA ROSA <br><br> Defendant. | Case No. 4:17-cv-01661-HSG <br><br> **ORDER GRANTING JOINT STIPULATION TO ALLOW ADDITIONAL INDIVIDUALS TO BE INCLUDED AS PLAINTIFFS** |

Based upon stipulation by the parties, IT IS HEREBY ORDERED THAT:

1. Good cause exists to allow Kalina Allred, Lucas Bohanan, Patrick Bradley, Christian Cordova, Kevin Fritz, John Holt, Michael McCartney, Scott Brandon Moder, Mason Moore, Matthew Tognazzi and Josh Zaret to join this action as a collective action member. Plaintiffs' counsel shall file their Consent to be Included as Individual Plaintiff forms pursuant to 29 U.S.C. § 216(b).

IT IS SO ORDERED:

DATED: May 10, 2019

HONORABLE HAYWOOD S. GILLIAM, JR.,
UNITED STATES DISTRICT JUDGE